RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

To the members of the Court

MY NAME is RANDELL HORTON, AGE 73

I HAVE WROTE YOU SEVERAL TIMES

REGARDING MY EX. WIFE FRANCES KELLER

AND HAVE NOT HAD A RESPONCE FROM THE

COURT. FRANCES AND HER EX HUSBAND DAN

WERE RELEASED FROM PRISON IN NOV. Of 2013

I WAS MARRIED to HER from 2006 to 3-27-14

AT THAT TIME SHE DIVORCED ME. went back

to HER EX- DAN. I HEARD NOTHING FROM

HER time of RELEASE UNTIL THE DIVORCE.

I HAD SPENT THOUSANDS of DOLLARS

SUPPORTING HER over the YEARS AND I

LOST EVERYTHING I HAD doing SO.

I KNOW from PAST COURT Rulings that

I AM ENTITLED to COMPENSATION from

HER. I DONT HAVE the MONEY of CREDIT

to PERSUE LEGAL ACTION AGINST HER.

I ALSO KNOW from CONVERSATIONS over

the YEARS THAT SHE IS GUILTY of SOME

but NOT ALL CHARGES AGINST HER.

I AM A POOR MAN Looking for HELP.

EVEN to file A CIVIL LAW SUITE.

PLEASE DO NOT EXONRATE THE KELLERS.

THEY ARE EVIL PEOPLE.

I Would Like to HEAR BACK from You

telling ME HOW I CAN RECEIVE LEGAL

Help. AND the out come of the KELLER

CASE.

    With MUCH RESPECT.

    RANDELL HORTON

    P.O. BOX 293 Gatesville, TX. 76528